AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

ALI UMAR AL-JAMILY,

Plaintiff,

V.

UNITED STATES OF AMERICA,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 16-1237-EFM

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on October 19, 2016 (Doc. 25),  that the Defendant's Motion to Dismiss (Doc. 7) is GRANTED.

 IT IS FURTHER ORDERED that the Defendant's Motion to Strike Supplement to Complaint (Doc. 13) is GRANTED IN PART and DENIED IN PART.

 IT IS FURTHER ORDERED that Plaintiff's Motion to Stay Case (Doc. 20) is DENIED AS MOOT.

 IT IS FURTHER ORDERED that Plaintiff's Motion to Appoint Counsel, Motion to Issue Subpoena (Doc. 23) is DENIED AS MOOT

There being no further claims, this case is DISMISSED.

10/19/2016

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*